IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID GUNDERSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UQM TECHNOLOGIES, INC., DONALD W. VANLANDINGHAM, JOE MITCHELL, STEPHEN J. ROY, JOSEPH P. SELLINGER, and JOHN E. SZTYKIEL,<br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-2219 |

## NOTICE OF VOLUNTARY DISMISSAL

### TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned putative class action, *Gunderson v. UQM Technologies, Inc., et al.*, Case No. 1:19-cv-2219 brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Gunderson hereby voluntarily dismisses, as to all defendants, the above-captioned putative class action a) with prejudice as to the named plaintiff, and b) without prejudice to the other members of putative class.

Dated: April 26, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz

Email: jml@jlclasslaw.com
**LIFSHITZ & MILLER LLP**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

2